UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:12-CR-351-1-F

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN SAVAGE | **ORDER** |

Upon motion of the Defendant, for good cause shown, it is hereby ORDERED that Defendant's filing at docket entry no. 455 be sealed until further order of the court.

It is further ORDERED that the Clerk of Court provide a filed copy of the filing at docket entry no. 455 to counsel for all parties.

SO ORDERED.

This the 13th day of February, 2014.

_James C. Fox_
Honorable James C. Fox
Senior United States District Judge